```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   PABLO GARIBAY CARDENAS
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  NO. CR-S-05-364 LKK
                                  )
14                Plaintiff,      )
                                  )  ORDER FOLLOWING HEARING
15      v.                        )
                                  )
16 PABLO GARIBAY CARDENAS and     )
   DAMASO GUADALUPE CARDENAS,     )  Judge: Hon. Lawrence K. Karlton
17                                )
                  Defendants.     )
18 _____)
```

19       This matter was before the court on September 27, 2005 for status

20  hearing.  The government was represented by its counsel, Samuel Wong,

21  Assistant United States Attorney; defendant, Pablo Garibay Cardenas,

22  was present with his counsel, Matthew C. Bockmon, Assistant Federal

23  Defender; and defendant, Damaso Guadalupe Gudino Cardenas, was present

24  with his counsel, Fred Dawson.

25       Defense counsel advised the Court that there is ongoing

26  investigation in both matters and requested additional time.

27       Good cause appearing therefor,

28       IT IS ORDERED that both matters are continued to October 25, 2005

1  at 9:30 a.m. for further Status Conference.
2       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
3  (iv) and Local Code T4, the period from September 27, 2005 to
4  October 25, 2005 is excluded from the time computations required by the
5  Speedy Trial Act due to ongoing preparation of counsel.
6  Dated: October 3, 2005

/s/Lawrence K.Karlton
HONORABLE LAWRENCE K. KARLTON
Senior Judge, U.S. District Court

Order Following Hearing                2